B1 (Official Form 1) (12/11)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **NORTHERN** DISTRICT OF *ILLINOIS* | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Flight Support International, Inc.,*<br>*an Illinois Corporation* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *36-3126072* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*c/o Robert Nicolazzi*<br>*1207 Sheffield Lane*<br>*Glenview, IL*      ZIPCODE *60025* | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: *Cook* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*      ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *1957 Johns Drive, Glenview, IL*      ZIPCODE *60025* | |

| **Type of Debtor** (Form of organization)<br>(Check **one** box.)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | **Nature of Business**<br>(Check **one** box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | **Chapter of Bankruptcy Code Under Which the Petition is Filed**<br>(Check one box)<br><br>☒ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9          of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13       of a Foreign Nonmain Proceeding<br><br>**Nature of Debts** (Check one box)<br>☐ Debts are primarily consumer debts, defined   ☒ Debts are primarily<br>in 11 U.S.C. § 101(8) as "incurred by an     business debts.<br>individual primarily for a personal, family,<br>or household purpose" |
|---|---|---|

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br>_____<br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending:<br>_____ | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter 11 Debtors:**<br>**Check one box:**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000 . |
|---|---|---|
| **Filing Fee** (Check one box)<br><br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offiial Form 3B. | | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (12/11)                                                                                            FORM B1, Page   2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *Flight Support International, Inc.,* |
| | *an Illinois Corporation* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br><br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br><br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** _____  *09/26/2012* |
| | Signature of Attorney for Debtor(s)                   Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                              FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Flight Support International, Inc.,* *an Illinois Corporation* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney*

**X** */s/ Richard H. Fimoff*
Signature of Attorney for Debtor(s)

*Richard H. Fimoff   804886*
Printed Name of Attorney for Debtor(s)

*Richard H. Fimoff*
Firm Name

*180 N. LaSalle Street*
Address

*Suite 3300*

*Chicago, IL  60601*

*312-456-0185*
Telephone Number

*09/26/2012*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Robert Nicolazzi*
Signature of Authorized Individual

*Robert Nicolazzi*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

*09/26/2012*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Flight Support International, Inc.,*
*an Illinois Corporation*

Case No.

Chapter  **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $            0.00 | | |
| B-Personal Property | *Yes* | *3* | $        98,500.00 | | |
| C-Property Claimed as     Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured     Claims | *Yes* | *1* | | $        725,000.00 | |
| E-Creditors Holding     Unsecured Priority Claims     (Total of Claims on Schedule E) | *Yes* | *1* | | $            0.00 | |
| F-Creditors Holding     Unsecured Nonpriority Claims | *Yes* | *17* | | $        916,248.35 | |
| G-Executory Contracts and     Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual     Debtor(s) | *No* | *0* | | | $            0.00 |
| J-Current Expenditures of     Individual Debtor(s) | *No* | *0* | | | $            0.00 |
| TOTAL | | 25 | $        98,500.00 | $      1,641,248.35 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Flight Support International, Inc.,*
*an Illinois Corporation*

Case No.

Chapter **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

FORM B6A (Official Form 6A) (12/07)

In re _Flight Support International, Inc._ ,                        Case No._____
                    Debtor(s)                                                        (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**(Report also on Summary of Schedules.)**

In re _Flight Support International, Inc._ ,   Case No. _____

Debtor(s)   (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Commercial checking account Account # 1003633 Lockbox # 1362281 Location: American Chartered Bank_ | | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | _Lease security deposit Location: Berkson & Sons_ | | $7,500.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07)

In re  *Flight Support International, Inc.* _____ ,  Case No. _____

Debtor(s)  (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | | *Accounts Receivable, book value* *See Attachment B 16* *collection questionable* *Location: in debtor's possession* | | $57,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2001 Jeep Cherokee* *Location: In debtor's possession* | | $1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

B6B (Official Form 6B) (12/07)

In re **Flight Support International, Inc.** ,                    Case No. _____

Debtor(s)                                                                         (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office furniture and equipment** Location: 1957 Johns Drive, Glenview, IL 60025 | | $1,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Warehouse Equipment and shelving** Location: 1957 Johns Drive, Glenview, IL 60025 | | $2,000.00 |
| 30. Inventory. | | **Aircraft parts, book value (most obsolete)** SEE INVENTORY LISTING Location: 1957 Johns Drive, Glenview, IL 60025 | | $30,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total ➡  $98,500.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re *Flight Support International, Inc.* ,   Case No. _____
                    Debtor(s)                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *None* | | | |

Page No. __1__ of __1__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Flight Support International, Inc._____,     Case No._____
                             **Debtor(s)**                                               **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien    H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: _0458_ <br><br> _Creditor # : 1_ <br> _American Chartered Bank_ <br> _1199 East Higgins Road_ <br> _Schaumburg IL 60173_ | X | _1/21/2011_ <br><br> _Sec. interest in all assets_ <br><br><br> Value: _$ 90,000.00_ | | | | $ 725,000.00 | $ 635,000.00 |
| Account No: _0458_ <br><br> _Representing:_ <br> _American Chartered Bank_ | | _ANI International, Inc._ <br> _125 S. Wacker Drive_ <br> _Suite 1210_ <br> _Chicago IL 60606_ <br><br> Value: | | | | | |
| No continuation sheets attached | | | | | Subtotal $ <br> (Total of this page) | $ 725,000.00 | $ 635,000.00 |
| | | | | | Total $ <br> (Use only on last page) | $ 725,000.00 | $ 635,000.00 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re _Flight Support International, Inc._ ,    Case No._____
         **Debtor(s)**                                                                  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing a "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Flight Support International, Inc._ ,            Case No. _____

**Debtor(s)**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _SUPT_<br>_Creditor # : 1_<br>_AAXICO Sales Inc._<br>_8881 N.W. 13th Terrace_<br>_Miami FL 33172_ | | | _12/1/2012_<br>_Supplier_ | | | | _$ 2,444.00_ |
| Account No: _9746_<br>_Creditor # : 2_<br>_ADT Security Systems_<br>_PO Box 371956_<br>_Pittsburgh PA 15250_ | | | _unknown_<br>_Supplier_ | | | | _Unknown_ |
| Account No: _6190_<br>_Creditor # : 3_<br>_Advanced Aerospace Metals_<br>_PO Box 2507_<br>_Crossville TN 38555_ | | | _09/09/2011_<br>_Supplier_ | | | | _$ 435.96_ |

_16_ continuation sheets attached

Subtotal $ | _$ 2,879.96_

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Flight Support International, Inc._____ ,      Case No._____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6191<br>Creditor # : 4<br>Advanced Aerospace Metals<br>PO Box 2507<br>Crossville TN 38555 | | | 11/1/2011<br>Supplier | | | | $ 2,091.00 |
| Account No:   4037<br>Creditor # : 5<br>AED Professionals<br>348 W. Colfax<br>Palatine IL 60067 | | | 1/1/2012<br>Supplier | | | | $ 5,625.00 |
| Account No:   6120<br>Creditor # : 6<br>Aero Brake & Spares, Inc.<br>15444 Tradesman Drive<br>San Antonio TX 78249 | | | 11/16/2011<br>Supplier | | | | $ 350.00 |
| Account No:   9646<br>Creditor # : 7<br>Air Canada<br>PO Box 1920<br>PO Box 1920<br>Winnepeg, M.B. Canada R3C 3R2 | | | 01/18/2012<br>Supplier | | | | $ 1,850.00 |
| Account No:   7143<br>Creditor # : 8<br>Air France Industries<br>Orly Sud 125<br>Orly Aerogare<br>Cedex France F-94396 | | | 09/16/2011<br>Supplier | | | | $ 1,500.00 |

Sheet No.   1   of   16   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 11,416.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Flight Support International, Inc._____ ,   Case No._____

**Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   B$HT<br>Creditor # : 9<br>Alliance Aircraft Group<br>7551 NW 52nd St.<br>Miami FL 33166 | | 2/1/2012<br>Supplier | | | | $ 3,600.00 |
| Account No:   2324<br>Creditor # : 10<br>Amerex Corp<br>PO Box 81<br>Trussville AL 35173 | | 12/20/2011<br>Supplier | | | | $ 227.00 |
| Account No:   5563<br>Creditor # : 11<br>AOG Reaction Inc.<br>526 Aviator Drive<br>Fort Worth TX 76179 | | 11/1/2011<br>Supplier | | | | $ 140.00 |
| Account No:   6930<br>Creditor # : 12<br>AT&T<br>PO Box 6463<br>Carol Stream IL 60197 | | 5/1/2012<br>Supplier | | | | $ 2,121.11 |
| Account No:   2290<br>Creditor # : 13<br>Aviall<br>PO Box 619048<br>Dallas TX 75261-4008 | | 2/9/2012<br>Supplier | | | | $ 12,211.50 |

Sheet No.   2  of   16  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 18,299.61

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Flight Support International, Inc._____ ,   Case No._____
           **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2290<br>Creditor # : 14<br>Aviall Services<br>PO Box 619048<br>Dallas TX 75261-4008 | | | 4/7/2011<br>Supplier | | | | $ 9,810.00 |
| Account No:   8717<br>Creditor # : 15<br>Avio-Diepen, Inc.<br>PO Box 536941<br>Atlanta GA 30353 | | | 02/07/2012<br>Supplier | | | | $ 6,269.45 |
| Account No:   0523<br>Creditor # : 16<br>Blue Pay<br>184 Shuman Blvd.<br>#350<br>Naperville IL 60563 | | | unknown<br>Supplier | | | | Unknown |
| Account No:   8574<br>Creditor # : 17<br>Brite-Air<br>15500 Minnetonka Blvd.<br>Minnetonka MN 55345 | | | 12/19/2011<br>Supplier | | | | $ 185.00 |
| Account No:   I288<br>Creditor # : 18<br>Bron Tapes<br>875 W. Ellsworth Ave.<br>Denver CO 80223 | | | 12/9/2011<br>Supplier | | | | $ 3,619.20 |

Sheet No.   3   of   16   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 19,883.65
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Flight Support International, Inc._____,     Case No._____
         **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   2774<br>Creditor # : 19<br>Brown Helicopter<br>10100 Alleron Ave.<br>Pensacola FL 32506 | | 12/9/2011<br>Supplier | | | | $ 880.00 |
| Account No:   4492<br>Creditor # : 20<br>BSA International<br>6945 Arlington Ave.<br>Lake Elsinore CA 925303 | | 08/08/2011<br>Supplier | | | | $ 5,096.00 |
| Account No:   3690<br>Creditor # : 21<br>Cableform Inc.<br>26093 Network Place<br>Chicago IL 60673 | | 02/09/2012<br>Supplier | | | | $ 1,082.32 |
| Account No:   9588<br>Creditor # : 22<br>California Peripherals<br>216 Avenida Fabricante<br>San Clemente CA 92672 | | 1/25/2012<br>Supplier | | | | $ 186.00 |
| Account No:   0440<br>Creditor # : 23<br>Cascade Spares<br>1951 Cascade Falls Lane<br>Knoxville TN 37931 | | 1/1/2012<br>Supplier | | | | $ 5,200.00 |

Sheet No.  _4_  of  _16_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    | $ 12,444.32
Total $    |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Flight Support International, Inc._____ ,      Case No._____
          **Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8892<br>Creditor # : 24<br>CCC Technologies, Inc.<br>700 Nicholas Blvd<br>Elk Grove Villag IL 60007 | | | 12/21/2011<br>Supplier | | | | $ 462.00 |
| Account No:   8355<br>Creditor # : 25<br>Chase<br>Cardmember Services<br>PO Box 15153<br>Wilmington DE 19886 | X | | unknown<br>Credit Card | X | X | | $ 1,000.00 |
| Account No:   0002<br>Creditor # : 26<br>Citgo<br>PO Box 2224<br>Birmingham AL 35246 | X | | unknown<br>Credit Card debt | X | X | | $ 375.00 |
| Account No:   1001<br>Creditor # : 27<br>ComEd<br>Bill Payment Center<br>P. O. Box 6111<br>Carol Stream IL 60197-6111 | | | 3/5/2012<br>Supplier | | | | $ 187.59 |
| Account No:   9008<br>Creditor # : 28<br>ComEd<br>Bill Payment Center<br>P. O. Box 6111<br>Carol Stream IL 60197-6111 | | | 4/5/2012<br>Supplier | | | | $ 651.03 |

Sheet No. __5__ of __16__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 2,675.62

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Flight Support International, Inc._____ ,        Case No._____
            **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  1388  Creditor # : 29 Danils MFG Corp. PO Box 593872 Orlando FL 32859 | | 3/8/2012 Supplier | | | | $ 82.40 |
| Account No:  7552  Creditor # : 30 Dearborn National Life Ins. Co. 36788 Eagle Way Chicago IL 60678 | | 2/10/2012 Supplier | | | | $ 50.35 |
| Account No:  Supp  Creditor # : 31 Dennen & Simons 9701 W. Higgens Rd. Suite 150 Rosemont IL 60018 | | 3/28/2012 Supplier | | | | $ 330.00 |
| Account No:  LI03  Creditor # : 32 E&H Laminating & Slitting Company 138 Grand St. Paterson NJ 07501 | | 12/13/2011 Supplier | | | | $ 900.00 |
| Account No:  8857  Creditor # : 33 Edmo Distributors Inc. 12830 E. Mirabeau Pky Spokane WA 99216 | | 1/26/2012 Supplier | | | | $ 293.30 |

Sheet No.  6  of   16  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                                $ 1,656.05
**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Flight Support International, Inc._____ ,   Case No._____
**Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  7041<br>Creditor # : 34<br>Electro Insulation Corp.<br>3921 Ventura Drive<br>Arlington Height IL 60004 | | | 4/5/2012<br>Supplier | | | | $ 5,740.14 |
| Account No:  76-3<br>Creditor # : 35<br>Federal Express<br>PO Box 94515<br>Palatine IL 60094 | | | 3/28/2012<br>Supplier | | | | $ 878.57 |
| Account No:  0595<br>Creditor # : 36<br>Federal Signal Corp.<br>PO Box 71234<br>Chicago IL 60694 | | | 12/28/2012<br>Supplier | | | | $ 700.00 |
| Account No:  1710<br>Creditor # : 37<br>Flight Director Inc.<br>PO BOx 6850007<br>Austin TX 78768 | | | 12/30/2011<br>Supplier | | | | $ 500.00 |
| Account No:  027A<br>Creditor # : 38<br>Frank Brown & Sons Ltd.<br>87-105 Wingate Rd.<br>Luton England LU48QA | | | 2/8/2012<br>Supplier | | | | $ 1,387.20 |

Sheet No.  7  of  16  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 9,205.91

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Flight Support International, Inc._____ ,          Case No. _____
          **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **-823**<br>Creditor # : 39<br>GE Aviation<br>3010 Red Hawk Dr.<br>Suite 100<br>Grand Prairie TX 75052 | | | 8/20/11<br>Inventory purchase | | | | $ 16,000.00 |
| Account No: **4384**<br>Creditor # : 40<br>GE Aviation Materials LP<br>3010 Red Hawk Dr.<br>Grand Prairie TX 75052 | | | 8/5/2011<br>Supplier | | | | $ 8,000.00 |
| Account No: **1953**<br>Creditor # : 41<br>Global Parts Aero, Inc.<br>3504 Solutions Center<br>Chicago IL 60677-2005 | | | 4/19/2011<br>Supplier | | | | $ 13.40 |
| Account No: **.com**<br>Creditor # : 42<br>Gubman N. Moore, Inc.<br>c/o Robert Chorzepa<br>PO Box 732<br>Park Ridge IL 60068 | | | 4/1/2012<br>Supplier | | | | $ 1,038.65 |
| Account No: **F097**<br>Creditor # : 43<br>Gulfstream Aerospace Corp.<br>PO Box 730349<br>Dallas TX 75373 | | | 4/1/2012<br>Supplier | | | | $ 1,454.36 |

Sheet No. _8_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   **$ 26,506.41**

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Flight Support International, Inc._____ ,        Case No._____
       **Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1961<br>Creditor # : 44<br>Hazmat Express Freight<br>1033 Fairway Drive<br>Bensenville IL 60106 | | | 2/21/2012<br>Supplier | | | | $ 275.00 |
| Account No:<br>Creditor # : 45<br>Heritage Capital Venture I, LLC<br>9121 Kedvale Avenue<br>Skokie IL 60076 | | | 01/19/11<br>Lease obligations | | | | Unknown |
| Account No:<br>Representing:<br>Heritage Capital Venture I, LLC | | | Berkson & Sons<br>333 Skokie Blvd.<br>Suite 111<br>Chicago IL 606062 | | | | |
| Account No:   5189<br>Creditor # : 46<br>Hinckley & schmitt Inc.<br>PO Box 660579<br>Dallas TX 75266 | | | 2/10/2012<br>Supplier | | | | $ 23.98 |
| Account No:   1006<br>Creditor # : 47<br>Honeywell Int'l<br>JPM Chase Lockbox 21380<br>131 S. Dearborn, 6th Fl.<br>Chicago IL 60603 | | | 11/14/2011<br>Supplier | | | | $ 12,201.00 |

Sheet No.  9  of  16  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 12,499.98

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re *Flight Support International, Inc.* _____,    Case No. _____
**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    0405<br>Creditor # : 48<br>HRD Aero Systems Inc.<br>25555 Avenue Stanford<br>Valencia CA 91355 | | 11/23/2011<br>Supplier | | | | $ 1,890.00 |
| Account No:    053<br>Creditor # : 49<br>Inventory Locator Service<br>PO Box 415000<br>Lockbox 410048<br>Nashville TN 372141 | | 4/4/2012<br>Supplier | | | | $ 1,463.25 |
| Account No:    2072<br>Creditor # : 50<br>IT Parts Depot<br>8441 Wayzata Blvd.<br>Minneapolis MN 55426 | | 6/24/2009<br>Supplier | | | | $ 2,750.00 |
| Account No:    3910<br>Creditor # : 51<br>LIAT<br>PO Box 819<br>Attn: Shirley Josiah<br>V.C. Bird Int'l  Antingua | | 5/1/2012<br>Supplier | | | | $ 1,526.00 |
| Account No:    4705<br>Creditor # : 52<br>New Century Aviation Inc.<br>8471 N.W. 70th St.<br>Miami FL 33186 | | 9/1/2011<br>Supplier | | | | $ 5,950.00 |

Sheet No. __10__ of ___16___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 13,579.25

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Flight Support International, Inc._____ ,        Case No._____
        **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   0001<br><br>Creditor # : 53<br>Nicor Gas<br>PO Box 0632<br>Aurora IL 60507 | | 4/7/2012<br>Supplier | | | | $ 246.59 |
| Account No:   1473<br><br>Creditor # : 54<br>Northfield Township<br>3801 W. Lake Ave.<br>Glenview IL 60025 | | 2/2/2012<br>Supplier | | | | $ 272.92 |
| Account No:<br><br>Creditor # : 55<br>OH Capital Assets, Inc.<br>2614 Executive Point Drive<br>Monroe NC 28110 | | unknown<br>Supplier | | | | Unknown |
| Account No:   ISUP<br><br>Creditor # : 56<br>OPTI Manufacturing Corp<br>PO Box 559<br>Luquillo PR 00773 | | 1/13/2012<br>Supplier | | | | $ 750.00 |
| Account No:   5583<br><br>Creditor # : 57<br>Orcon Corporation International<br>1570 Atlantic St.<br>Union City CA 94587 | | 2/14/2012<br>Supplier | | | | $ 1,294.04 |

Sheet No.   11  of    16  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 2,563.55

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Flight Support International, Inc._____ ,   Case No._____
       **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **tSup** <br> **Creditor # : 58** <br> **Pentagon 2000 Software Inc.** <br> **15 W. 34th Street** <br> **5th Floor** <br> **New York NY 10001** | | | 4/1/2012 <br> Supplier | | | | $ 510.00 |
| Account No: **4492** <br> **Creditor # : 59** <br> **Pitney Bowes Purchase Power** <br> **PO Box 856042** <br> **Louisville KY 40285** | | | 2/13/2012 <br> Supplier | | | | $ 91.03 |
| Account No: **9824** <br> **Creditor # : 60** <br> **Preferred Aviation, Inc.** <br> **8470 N.W. 61st Street** <br> **Miami FL 33166** | | | 8/17/2011 <br> Supplier | | | | $ 1,400.00 |
| Account No: **2483** <br> **Creditor # : 61** <br> **Quill Corp.** <br> **PO Box 37600** <br> **Philadelphia PA 19101** | | | 2/14/2012 <br> Supplier | | | | $ 182.75 |
| Account No: **0180** <br> **Creditor # : 62** <br> **R.S. Hughes** <br> **307 E. North Ave.** <br> **Carol Stream IL 60188** | | | 2/6/2012 <br> Supplier | | | | $ 452.97 |

Sheet No. _12_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 2,636.75
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Flight Support International, Inc._____ ,   Case No._____
        **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 0790<br>Creditor # : 63<br>Rasakti Inc.<br>148 Sylvester St.<br>St. Germain Canada JOC 1ko | | | 11/1/2011<br>Supplier | | | | $ 3,632.16 |
| Account No: 3959<br>Creditor # : 64<br>Reid Sales Company<br>468 Lake Drive 9<br>Lexington NC 27292 | | | 11/7/2011<br>Supplier | | | | $ 231.91 |
| Account No:<br>Creditor # : 65<br>Robert and Christine Nicolazzi<br>1207 Sheffield Lane<br>Glenview IL 60025 | | | 8/1/2012<br>loan to corp.<br>Loans throughout last 11 years to corporation | | | | $ 750,000.00 |
| Account No: 0453<br>Creditor # : 66<br>Rose Pest Solutions<br>414 Frontage Rd.<br>Winnetka IL 60093 | | | 1/20/2012<br>Supplier | | | | $ 71.00 |
| Account No: IG05<br>Creditor # : 67<br>Sentry Aerospace Corp.<br>708 Ginesi Drive<br>Morganville NJ 07751 | | | 1/4/2011<br>Supplier | | | | $ 6,960.00 |

Sheet No. _13_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ___ $ 760,895.07

Total $ ___

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Flight Support International, Inc._____ ,          Case No._____
         **Debtor(s)**                                                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  6488<br>Creditor # : 68<br>Skytower Aviation Services<br>17220 Newhope St.<br>Suite 220<br>Fountain Valley CA 92708 | | 6/1/2011<br>Supplier | | | | $ 3,400.00 |
| Account No:  9618<br>Creditor # : 69<br>Snap-On Tools Int'l Inc.<br>22282 Network Place<br>Chicago IL 60673 | | 11/17/2011<br>Supplier | | | | $ 2,076.15 |
| Account No:  1909<br>Creditor # : 70<br>Souriau USA Inc.<br>PO Box7512<br>York PA 17406 | | 4/12/2010<br>Supplier | | | | $ 6,416.26 |
| Account No:  5743<br>Creditor # : 71<br>Transcat, Inc.<br>35 Vantage Point Drive<br>Rochester NY 14624 | | 9/1/2011<br>Supplier | | | | $ 508.13 |
| Account No:  1869<br>Creditor # : 72<br>Turbo Resources, Int'l<br>5780 West Oakland St.<br>Chandler AZ 85226 | | 3/18/2011<br>Supplier | | | | $ 1,700.00 |

Sheet No.  14  of   16  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 14,100.54

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Flight Support International, Inc._____ ,     Case No._____

**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   7823 <br><br> Creditor # : 73 <br> United Parcel Service <br> LockBox 577 <br> Carol Stream IL 60132 | | 4/2/2012 <br> Supplier | | | | $ 1,421.50 |
| Account No:   5914 <br><br> Creditor # : 74 <br> UPS Freight <br> 28013 Network Place <br> Chicago IL 60673 | | 3/9/2012 <br> Supplier | | | | $ 570.11 |
| Account No:   FS11 <br><br> Creditor # : 75 <br> Volant <br> 11817 Westarlane <br> Burlington WA 98233 | | 2/22/2012 <br> Supplier | | | | $ 2,250.00 |
| Account No:   8897 <br><br> Creditor # : 76 <br> Wiremasters <br> 1788 Northpointe Rd. <br> Columbia TN 38401 | | 4/1/2012 <br> Supplier | | | | $ 325.00 |
| Account No:   2774 <br><br> Creditor # : 77 <br> YRC (RDWY) <br> PO Box 93151 <br> Chicago IL 60673 | | 11/4/2011 <br> Supplier | | | | $ 118.91 |

Sheet No. _15_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 4,685.52

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Flight Support International, Inc._____ ,        Case No._____
            **Debtor(s)**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    5514 <br><br> Creditor # : 78 <br> Zeus Industrial Products <br> PO Box 298 <br> Raritan NJ 08869 | | | 1/13/2012 <br> Supplier | | | | $ 162.00 |
| Account No.    9769 <br><br> Creditor # : 79 <br> ZIP Chem Products <br> 400 Jarvis Drive <br> Morgan Hill CA 95037 | | | 11/28/2011 <br> Supplier | | | | $ 158.16 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _16_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 320.16

**Total $**    $ 916,248.35

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Flight Support International, Inc._ _____ / Debtor   Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Heritage Capital Venture I, LLC_<br>_9121 Kedvale Avenue_<br>_Skokie IL  60076_ | Contract Type:_Non-residential lease_<br>Terms: _12 month lease commencing on 01/01/2012_<br>Beginning date:_1/1/2012_<br>Debtor's Interest:_Lessee_<br>Description: _1957 Johns Drive, Glenveiw, IL 60025_<br>          _Berkson & Sons, Ltd., 333 Skokie Boulevard,_<br>          _Suite 111_<br>          _Northbrook, IL 60062 is the managing agent_<br>Buyout Option:_none_ |

B6H (Official Form 6H) (12/07)

In re *Flight Support International, Inc.* _____ / Debtor      Case No. _____

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Christine C. Nicolazzi<br>1207 Sheffield Lane<br>Glenview IL  60025 | American Chartered Bank<br>1199 East Higgins Road<br>Schaumburg IL  60173 |
| Robert Nicolazzi<br>1207 Sheffield Lane<br>Glenview IL  60025 | American Chartered Bank<br>1199 East Higgins Road<br>Schaumburg IL  60173 |
| | Chase<br>Cardmember Services<br>PO Box 15153<br>Wilmington DE  19886 |
| | Citgo<br>PO Box 2224<br>Birmingham AL  35246 |

B6I (Official Form 6I) (12/07)

**In re** *Flight Support International, Inc.* _____ ,   **Case No.** _____
              **Debtor(s)**                                                                        **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $    0.00 | $    0.00 |
| 2. Estimate monthly overtime | $    0.00 | $    0.00 |
| 3. SUBTOTAL | $    0.00 | $    0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $    0.00 | $    0.00 |
|     b. Insurance | $    0.00 | $    0.00 |
|     c. Union dues | $    0.00 | $    0.00 |
|     d. Other  (Specify): | $    0.00 | $    0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $    0.00 | $    0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $    0.00 | $    0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $    0.00 | $    0.00 |
| 8. Income from real property | $    0.00 | $    0.00 |
| 9. Interest and dividends | $    0.00 | $    0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $    0.00 | $    0.00 |
| 11. Social security or government assistance (Specify): | $    0.00 | $    0.00 |
| 12. Pension or retirement income | $    0.00 | $    0.00 |
| 13. Other monthly income (Specify): | $    0.00 | $    0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $    0.00 | $    0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $    0.00 | $    0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:    (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $    0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: *Flight Support International, Inc.,*
    *an Illinois Corporation*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                     SOURCE

*Year to date:$249,009*
  *Last Year:$2,230,381*
*Year before:$2,687,369*

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

None   Complete a. or b., as appropriate, and c.

☒

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the

☐   commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor:American Charter Bank Address:1199 East Higgins Road Schaumburg, IL 60173* | *various* | *Unknown* | |

None   c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or

☒   were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None   a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

☒   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the

☒   commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller,

☒   within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married

☒   debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☒    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☒    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Robbins, Salomon & Patt*<br>*Richard Fimoff*<br>*180 N. LaSalle Street*<br>*Suite 3300*<br>*Chicago, IL 60601* | *Date of Payment: 3/28/2012*<br>*Payor: Flight Solutions*<br>*International* | *$5,000.00* |

## 10. Other transfers

None ☒    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒    b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None

☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None

☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None

☒

List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None

☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None

☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None

☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☒    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

     If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

     If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None ☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED

*Name: Dennen & Simons, LLC*                               *Dates: 2006-2012*
*Address: 9701 West Higgins Road, Ste. 150*
*Rosemont, IL 60018*

None ☒    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| *Robert Nicolazzi* | *1207 Sheffield Lane, Glenview, IL 60025* |

*Name: Dennen & Simons, LLC*
*Missing:none*

*Address: 9701 West Higgins Road, Ste. 150*
*Rosemont, IL 60018*

---

None ☐  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME | ADDRESS | DATES ISSUED |
|------|---------|--------------|
| *American Chartered Bank* | *1199 E. Higgins Rd.*<br>*Schaumburg, IL 60173* | *Dates: various* |

---

## 20. Inventories

None ☒  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☒  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☒  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| *Name: Robert Nicolazzi*<br>*Address:1207 Sheffield Lane,*<br>*Glenview, IL 60025* | *Robert: President* | *49% common stock* |
| *Name: Christine Nicolazzi*<br>*Address:1207 Sheffield Lane,*<br>*Glenview, IL 60025* | *Secretary* | *51% common stock* |

---

## 22. Former partners, officers, directors and shareholders

None ☒  a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

Statement of Affairs - Page 6

None ⊠   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distribution by a corporation

None ☐   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Robert Nicolazzi*<br>*1207 Sheffield Lane*<br>*Glenview, IL 60025*<br>*Officer/Owner* | *Date:various*<br>*Purpose: compensation* | *Amount: 123,831*<br>*Description: salary* |
| *Lauren Baker*<br>*1840 W. Diversey Pkwy, Unit G*<br>*Chicago, IL 60614*<br>*daughter of insider* | *Date:various*<br>*Purpose:compensation* | *Amount:$92,007*<br>*Description:salary* |
| *Jeannine Nicolazzi*<br>*1850 N. Clark, #708*<br>*Chicago, IL 60614*<br>*daughter of insider* | *Date:various*<br>*Purpose:compensation* | *Amount:$59,999*<br>*Description:salary* |

### 24. Tax Consolidation Group.

None ⊠   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

### 25. Pension Funds.

None ☐   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND                              TAXPAYER-IDENTIFICATION NUMBER (EIN)

*Name:Flight Support International*              *ID#: 36-3126072*
*Pension Plan*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date  *09/26/2012*

Signature  */s/ Robert Nicolazzi*

*Robert Nicolazzi*                    *President*
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Flight Support International, Inc., an Illinois*
*Corporation*

Case No.

Chapter **7**

_____ / Debtor

Attorney for Debtor: **Richard H. Fimoff**

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**5,000.00**
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ _____**5,000.00**
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

3. $ _____**306.00**_____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
   *None*

Dated: *09/26/2012*                          Respectfully submitted,


                                   X*/s/ Richard H. Fimoff*_____
Attorney for Petitioner:*Richard H. Fimoff*
                        *Richard H. Fimoff*
                        *180 N. LaSalle Street*
                        *Suite 3300*
                        *Chicago IL  60601*
                        *312-456-0185*
                        *rfimoff@rsplaw.com*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Flight Support International, Inc.,*
*an Illinois Corporation*

Case No.

Chapter  **7**

_____ / Debtor

Attorney for Debtor:  **Richard H. Fimoff**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.

Date: *09/26/2012*_____

*/s/ Robert Nicolazzi*_____
Debtor

AAXICO Sales, Inc.
8881 N.W. 13th Terrace
Miami, FL  33172

ADT Security Systems
PO Box 371956
Pittsburgh, PA  15250

Advanced Aerospace Metals
PO Box 2507
Crossville, TN  38555

AED Professionals
348 W. Colfax
Palatine, IL  60067

Aero Brake & Spares, Inc.
15444 Tradesman Drive
San Antonio, TX  78249

Air Canada
PO Box 1920
PO Box 1920
Winnepeg, M.B., Canada  R3C 3R2

Air France Industries
Orly Sud 125
Orly Aerogare
Cedex, France  F-94396

Alliance Aircraft Group
7551 NW 52nd St.
Miami, FL  33166

Amerex Corp
PO Box 81
Trussville, AL  35173

American Chartered Bank
1199 East Higgins Road
Schaumburg, IL  60173

ANI International, Inc.
125 S. Wacker Drive
Suite 1210
Chicago, IL  60606

AOG Reaction Inc.
526 Aviator Drive
Fort Worth, TX  76179

AT&T
PO Box 6463
Carol Stream, IL  60197

Aviall
PO Box 619048
Dallas, TX  75261-4008

Aviall Services
PO Box 619048
Dallas, TX  75261-4008

Avio-Diepen, Inc.
PO Box 536941
Atlanta, GA  30353

Berkson & Sons
333 Skokie Blvd.
Suite 111
Chicago, IL  606062

Blue Pay
184 Shuman Blvd.
#350
Naperville, IL  60563

Brite-Air
15500 Minnetonka Blvd.
Minnetonka, MN  55345

Bron Tapes
875 W. Ellsworth Ave.
Denver, CO  80223

Brown Helicopter
10100 Alleron Ave.
Pensacola, FL  32506

BSA International
6945 Arlington Ave.
Lake Elsinore, CA  925303

Cableform Inc.
26093 Network Place
Chicago, IL  60673

California Peripherals
216 Avenida Fabricante
San Clemente, CA  92672

Cascade Spares
1951 Cascade Falls Lane
Knoxville, TN  37931

CCC Technologies, Inc.
700 Nicholas Blvd
Elk Grove Villag, IL  60007

Chase
Cardmember Services
PO Box 15153
Wilmington, DE  19886

Christine C. Nicolazzi
1207 Sheffield Lane
Glenview, IL  60025

Citgo
PO Box 2224
Birmingham, AL  35246

ComEd
Bill Payment Center
P. O. Box 6111
Carol Stream, IL  60197-6111

Danils MFG Corp.
PO Box 593872
Orlando, FL  32859

Dearborn National Life Ins. Co.
36788 Eagle Way
Chicago, IL  60678

Dennen & Simons
9701 W. Higgens Rd.
Suite 150
Rosemont, IL  60018

E&H Laminating & Slitting Company
138 Grand St.
Paterson, NJ  07501

Edmo Distributors Inc.
12830 E. Mirabeau Pky
Spokane, WA  99216

Electro Insulation Corp.
3921 Ventura Drive
Arlington Height, IL  60004

Federal Express
PO Box 94515
Palatine, IL  60094

Federal Signal Corp.
PO Box 71234
Chicago, IL  60694

Flight Director Inc.
PO BOx 6850007
Austin, TX  78768

Frank Brown & Sons Ltd.
87-105 Wingate Rd.
Luton, England  LU48QA

GE Aviation
3010 Red Hawk Dr.
Suite 100
Grand Prairie, TX  75052

GE Aviation Materials LP
3010 Red Hawk Dr.
Grand Prairie, TX  75052

Global Charter Aero, Plc.
3504 Solutions Center
Chicago, IL  60677-2005

Gubman N. Moore, Inc.
c/o Robert Chorzepa
PO Box 732
Park Ridge, IL  60068

Gulfstream Aerospace Corp.
PO Box 730349
Dallas, TX  75373

Hazmat Express Freight
1033 Fairway Drive
Bensenville, IL  60106

Heritage Capital Venture I, LLC
9121 Kedvale Avenue
Skokie, IL  60076

Hinckley & schmitt Inc.
PO Box 660579
Dallas, TX  75266

Honeywell Int'l
JPM Chase Lockbox 21380
131 S. Dearborn, 6th Fl.
Chicago, IL  60603

HRD Aero Systems Inc.
25555 Avenue Stanford
Valencia, CA  91355

Inventory Locator Service
PO Box 415000
Lockbox 410048
Nashville, TN  372141

IT Parts Depot
8441 Wayzata Blvd.
Minneapolis, MN  55426

LIAT
PO Box 819
Attn: Shirley Josiah
V.C. Bird Int'l , Antingua

New Century Aviation Inc.
8471 N.W. 70th St.
Miami, FL  33186

Nicor Gas
PO Box 0632
Aurora, IL  60507

Northfield Township
3801 W. Lake Ave.
Glenview, IL  60025

OH Carbon Products, Inc.
2614 Executive Point Drive
Monroe, NC  28110

OPTI Manufacturing Corp
PO Box 559
Luquillo, PR  00773

Orcon Corporation International
1570 Atlantic St.
Union City, CA  94587

Pentagon 2000 Software Inc.
15 W. 34th Street
5th Floor
New York, NY  10001

Pitney Bowes Purchase Power
PO Box 856042
Louisville, KY  40285

Preferred Aviation, Inc.
8470 N.W. 61st Street
Miami, FL  33166

Quill Corp.
PO Box 37600
Philadelphia, PA  19101

R.S. Hughes
307 E. North Ave.
Carol Stream, IL  60188

Rasakti Inc.
148 Sylvester St.
St. Germain, Canada  JOC 1ko

Reid Sales Company
468 Lake Drive 9
Lexington, NC  27292

Robert and Christine Nicolazzi
1207 Sheffield Lane
Glenview, IL  60025

Robert Nicolazzi
1207 Sheffield Lane
Glenview, IL  60025

Rose Pest Solutions
414 Frontage Rd.
Winnetka, IL  60093

Sentry Aerospace Corp.
708 Ginesi Drive
Morganville, NJ  07751

Skytower Aviation Services
17220 Newhope St.
Suite 220
Fountain Valley, CA  92708

Snap-On Tools Int'l Page

22282 Network Place
Chicago, IL  60673

Souriau USA Inc.
PO Box7512
York, PA  17406

Transcat, Inc.
35 Vantage Point Drive
Rochester, NY  14624

Turbo Resources, Int'l
5780 West Oakland St.
Chandler, AZ  85226

United Parcel Service
LockBox 577
Carol Stream, IL  60132

UPS Freight
28013 Network Place
Chicago, IL  60673

Volant
11817 Westarlane
Burlington, WA  98233

Wiremasters
1788 Northpointe Rd.
Columbia, TN  38401

YRC (RDWY)
PO Box 93151
Chicago, IL  60673

Zeus Industrial Products
PO Box 298
Raritan, NJ  08869

ZIP Chem Products
400 Jarvis Drive
Morgan Hill, CA  95037

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re *Flight Support International, Inc.,*
   *an Illinois Corporation*                                    Case No. _____
   ————————————————————————————                                      (if known)
                    Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY ON BEHALF OF A CORPORATION

I, *Robert Nicolazzi* _____, *President* _____ of the *Corporation* _____

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___*26*___ sheets,

and that they are true and correct to the best of my knowledge, information, and belief.


Date: *9/26/2012* _____        Signature */s/ Robert Nicolazzi* _____
                                         Name: *Robert Nicolazzi*
                                         Title: *President*


         [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 200  (Form 200) (11/11)

# UNITED STATES BANKRUPTCY COURT
# REQUIRED LISTS, SCHEDULES, STATEMENTS, AND FEES

### Voluntary Chapter 7 Case

☐ **Filing Fee of $245.** If the fee is to be paid in installments or the debtor requests a waiver of the fee, the debtor must be an individual and must file a signed application for court approval. Official Form 3A or 3B and Fed.R.Bankr.P. 1006(b), (c)

☐ **Administrative fee of $46 and trustee surcharge of $15.** If the debtor is an individual and the court grants the debtor's request, these fees are payable in installments or may be waived.

☐ **Voluntary Petition** (Official Form 1); **Names and addresses of all creditors** of the debtor. Must be filed WITH the petition. Fed.R.Bankr.P. 1007(a)(1).

☐ **Notice to Individual Debtor with Primarily Consumer Debts** under 11 U.S.C. § 342(b) (Director's Form 201A/B), if applicable. Required if the debtor is an individual with primarily consumer debts. The notice must be GIVEN to the debtor before the petition is filed. Certification that the notice has been given must be FILED with the petition or within 15 days. 11 U.S.C. §§ 342(b), 521(a)(1)(B)(iii), 707(a)(3). Official Form 1 contains spaces for the certification.

☐ **Notice to debtor by "bankruptcy petition preparer"** (Official Form 19). Required if a "bankruptcy petition preparer" prepares the petition. Must be submitted WITH the petition. 11 U.S.C. § 110(b)(2).

☐ **Statement of Social Security Number** (Official Form 21). Required if the debtor is an individual. Must be submitted WITH the petition. Fed.R.Bankr.P. 1007(f).

☐ **Individual Debtor's Statement of Compliance with Credit Counseling Requirement** (Exhibit D to Official Form 1); **Certificate of Credit Counseling and Debt Repayment Plan,** if applicable; **Section 109(h)(3) certification or § 109(h)(4) request,** if applicable. Exhibit D is required if the debtor is an individual. Exhibit D must be filed WITH the petition. If applicable, the Certificate of Credit Counseling and Debt Repayment Plan must be filed with the petition or within 14 days. If applicable, the § 109(h)(3) certification or the § 109(h)(4) request must be filed WITH the petition. Fed.R.Bankr.P. 1007(b)(3), (c).

☐ **Statement disclosing compensation paid or to be paid to a "bankruptcy petition preparer"** (Director's Form 280). Required if a "bankruptcy petition preparer" prepares the petition. Must be submitted WITH the petition. 11 U.S.C. §110(h)(2).

☐ **Statement of current monthly income, etc.** (Official Form 22A). Required if the debtor is an individual. Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b), (c).

☐ **Schedules of assets and liabilities** (Official Form 6). Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b),(c).

☐ **Schedule of executory contracts and unexpired leases** (Schedule G of Official Form 6). Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b), (c).

☐ **Schedules of current income and expenditures.** All debtors must file these schedules. If the debtor is an individual, Schedules I and J of Official Form 6 must be used for this purpose. Must be filed with the petition or within 14 days. 11 U.S.C. § 521(1) and Fed.R.Bankr.P. 1007(b), (c).

☐ **Statement of financial affairs** (Official Form 7). Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b), (c).

☐ **Copies of all payment advices or other evidence of payment** received by the debtor from any employer within 60 days before the filing of the petition. Required if the debtor is an individual. Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b), (c).

☐ **Statement of intention regarding secured property and unexpired leases** (Official Form 8). Required ONLY if the debtor is an individual and the schedules of assets and liabilities contain debts secured by property of the estate or personal property subject to an unexpired lease. Must be filed within 30 days or by the date set for the Section 341 meeting of creditors, whichever is earlier. 11 U.S.C. §§ 362(h) and 521(a)(2).

☐ **Statement disclosing compensation paid or to be paid to the attorney** for the debtor (Director's Form 203). Required if the debtor is represented by an attorney. Must be filed within 14 days or any other date set by the court. 11 U.S.C. § 329 and Fed.R.Bankr.P. 2016(b).

☐ **Certification of Completion of Instructional Course Concerning Financial Management** (Official Form 23), if applicable. Required if the debtor is an individual. Must be filed within 60 days of the first date set for the meeting of creditors. 11 U.S.C. § 727(a)(11) and Fed.R.Bankr.P. 1007(b)(7), (c).

## REQUIRED LISTS, SCHEDULES, STATEMENTS, AND FEES
### Voluntary Chapter 11 Case

☐      **Filing fee of $1,000.**  If the fee is to be paid in installments, the debtor must be an individual and must file a signed application for court approval.  Official Form 3A and Fed.R.Bankr.P. 1006(b).

☐      **Administrative fee of $46.**  If the debtor is an individual and the court grants the debtor's request, this fee is payable in installments.

☐      **United States Trustee quarterly fee.**  The debtor, or trustee if one is appointed, is required also to pay a fee to the United States trustee at the conclusion of each calendar quarter until the case is dismissed or converted to another chapter.  The calculation of the amount to be paid is set out in 28 U.S.C. 1930(a)(6).

☐      **Voluntary Petition** (Official Form 1); **Names and addresses of all creditors**.  Must be filed WITH the petition.  Fed.R.Bankr.P. 1007(a)(1).

☐      **Notice to Individual Debtor with Primarily Consumer Debts** under 11 U.S.C. § 342(b) (Director's Form 201A/B), if applicable.  Required if the debtor is an individual with primarily consumer debts.  The notice must be **GIVEN** to the debtor before the petition is filed.   Certification that the notice has been given must be **FILED** with the petition or within 15 days.  11 U.S.C. §§ 342(b), 521(a)(1)(B)(iii), 1112(e).  Official Form 1 contains spaces for the certification.

☐      **Notice to debtor by "bankruptcy petition preparer"** (Official Form 19).  Required if a "bankruptcy petition preparer" prepares the petition.  Must be submitted WITH the petition.  11 U.S.C. § 110(b)(2).

☐      **Statement of Social Security Number** (Official Form 21).  Required if the debtor is an individual.  Must be submitted **WITH** the petition.  Fed.R.Bankr.P. 1007(f).

☐      **Individual Debtor's Statement of Compliance with Credit Counseling Requirement** (Exhibit D to Official Form 1); **Certificate of Credit Counseling and Debt Repayment Plan**, if applicable; **Section 109(h)(3) certification or § 109(h)(4) request**, if applicable.  Required if the debtor is an individual.  Exhibit D must be filed **WITH** the petition.  If applicable, the Certificate of Credit Counseling and Debt Repayment Plan must be filed with the petition or within 14  days.  If applicable, the § 109(h)(3) certification or the § 109(h)(4) request must be filed **WITH** the petition.  Fed.R.Bankr.P. 1007(b)(3), (c).

☐      **Statement disclosing compensation paid or to be paid to a "bankruptcy petition preparer"** (Director's Form 280).  Required if a "bankruptcy petition preparer" prepares the petition.  Must be submitted WITH the petition.  11 U.S.C. §110(h)(2).

☐      **Statement of Current Monthly Income** (Official Form 22B).  Required if the debtor is an individual.  Must be filed with the petition or within 14 days.  Fed.R.Bankr.P. 1007(b), (c).

☐      **List of Creditors holding the 20 largest unsecured claims** (Official Form 4).  Must be filed **WITH** the petition.  Fed.R.Bankr.P. 1007(d).

☐      **Names and addresses of equity security holders of the debtor.**  Must be filed with the petition or within 14 days, unless the court orders otherwise.  Fed.R.Bankr.P. 1007(a)(3).

☐      **Schedules of Assets and Liabilities (Official Form 6).**  Must be filed with the petition or within 14 days.  Fed.R.Bankr.P. 1007(b), (c).

☐      **Schedule of executory contracts and unexpired leases** (Schedule G of Official Form 6).  Must be filed with the petition or within 14 days.  Fed.R.Bankr.P. 1007(b), (c).

☐      **Schedules of Current Income and Expenditures.**  All debtors must file these schedules.  If the debtor is an individual, Schedules I and J of Official Form 6 must be used for this purpose.  Must be filed with the petition or within 14 days.  11 U.S.C. § 521(1) and Fed.R.Bankr.P. 1007(b), (c).

☐      **Statement of Financial Affairs (Official Form 7).**  Must be filed with the petition or within 14 days.  Fed.R.Bankr.P. 1007(b), (c).

☐      **Copies of all payment advices or other evidence of payment** received by debtor from any employer within 60 days before the filing of the petition.  Required if the debtor is an  individual.  Must be filed **WITH** the petition or within 14 days.  Fed.R.Bankr.P. 1007(b), (c).

☐      **Statement disclosing compensation paid or to be paid to the attorney** for the debtor (Director's Form 203), if applicable.  Required if the debtor is represented by an attorney.  Must be filed within 14 days or any other date set by the court.  11 U.S.C. § 329 and Fed.R.Bankr.P. 2016(b).

☐      **Certificate of Completion of Instructional Course Concerning Financial Management** (Official Form 23), if applicable.  Required if the debtor is an individual and § 1141(d)(3) applies.  Must be filed no later than the date of the last payment under the plan or the filing of a motion for a discharge under § 1141(d)(5)(B).  11 U.S.C. § 1141(d)(3) and Fed.R.Bankr.P. 1007(b)(7), (c).

☐      **Statement concerning pending proceedings of the kind described in § 522(q)(1)**, if applicable.  Required if the debtor is an individual and has claimed exemptions under state or local law as described in § 522(b)(3) in excess of $146,450.[*]  Must be filed no later than the date of the last payment made under the plan or the date of the filing of a motion for a discharge under § 1141(d)(5)(B).  11 U.S.C. § 1141(d)(5)(C) and Fed.R.Bankr.P. 1007(b)(8), (c).

_____

[*]*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

# REQUIRED LISTS, SCHEDULES, STATEMENTS, AND FEES
## Chapter 12 Case

☐    **Filing Fee of $200.**  If the fee is to be paid in installments, the debtor must be an individual and must file a signed application for court approval.  Official Form 3A and Fed.R.Bankr.P. 1006(b).

☐    **Administrative fee of $46.**  If the debtor is an individual and the court grants the debtor's request, this fee is payable in installments.

☐    **Voluntary Petition** (Official Form 1).  **Names and addresses of all creditors** of the debtor.  Must be filed WITH the petition.  Fed.R.Bankr.P. 1007(a)(1)

☐    **Notice to Individual Debtor with Primarily Consumer Debts** under 11 U.S.C. § 342(b) (Director's Form 201A/B), if applicable.  Required if the debtor is an individual with primarily consumer debts. The notice must be GIVEN to the debtor before the petition is filed.   Certification that the notice has been given must be FILED with the court in a timely manner.  11 U.S.C. §§ 342(b), 521(a)(1)(B)(iii).  Official Form 1 contains spaces for the certification.

☐    **Notice to debtor by "bankruptcy petition preparer,"** (Official Form 19).  Required if a "bankruptcy petition preparer" prepares the petition.  Must be submitted WITH the petition.  11 U.S.C. § 110(b)(2).

☐    **Statement of Social Security Number** (Official Form 21).  Required if the debtor is an individual.  Must be submitted WITH the petition.  Fed.R.Bankr.P. 1007(f).

☐    **Individual Debtor's Statement of Compliance with Credit Counseling Requirement** (Exhibit D to Official Form 1).  **Certificate of Credit Counseling and Debt Repayment Plan**, if applicable.  **Section 109(h)(3) certification or § 109(h)(4) request**, if applicable.  Required if the debtor is an individual.  Exhibit D must be filed WITH the petition.  If applicable, the Certificate of Credit Counseling and Debt Repayment Plan must be filed with the petition or within 14 days.  If applicable, the § 109(h)(3) certification or the § 109(h)(4) request must be filed WITH the petition.  Fed.R.Bankr.P. 1007(b)(3), (c).

☐    **Statement disclosing compensation paid or to be paid to a "bankruptcy petition preparer"** (Director's Form 280).  Required if a "bankruptcy petition preparer" prepares the petition.  Must be submitted WITH the petition. 11 U.S.C. §110(h)(2).

☐    **Schedules of Assets and Liabilities** (Official Form 6).   Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b), (c).

☐    **Schedule of Executory Contracts and Unexpired Leases** (Schedule G of Official Form 6).  Must be filed with the petition or within 14 days.  Fed.R.Bankr.P. 1007(b), (c).

☐    **Schedules of Current Income and Expenditures.**  All debtors must file these schedules.  If the debtor is an individual, Schedule I and J of Official Form 6 must be used for this purpose.  Must be filed with the petition or within 14 days.  11 U.S.C. § 521(1) and Fed.R.Bankr.P. 1007(b), (c).

☐    **Statement of Financial Affairs** (Official Form 7).  Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b), (c).

☐    **Copies of all payment advices** or other evidence of payment received by the debtor from any employer within 60 days before the filing of the petition if the debtor is an individual.  Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b), (c).

☐    **Statement disclosing compensation paid or to be paid to the attorney** for the debtor (Director's Form 203), if applicable.  Must be filed within 14 days or any other date set by the court.  11 U.S.C. § 329 and Fed.R.Bankr.P. 2016(b).

☐    **Chapter 12 Plan.**  Must be filed within 90 days.  11 U.S.C. § 1221.

☐    **Statement concerning pending proceedings of the kind described in § 522(q)(1)**, if applicable. Required if the debtor is an individual and has claimed exemptions under state or local law as described in §522(b)(3) in excess of $146,450.[*]  Must be filed no later than the date of the last payment made under the plan or the date of the filing of a motion for a discharge under § 1228(b).  11 U.S.C. § 1228(f) and Fed.R.Bankr.P. 1007(b)(8), (c).

---

[*]*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

## REQUIRED LISTS, SCHEDULES, STATEMENTS, AND FEES
### Chapter 13 Case

☐ **Filing fee of $235.** If the fee is to be paid in installments, the debtor must file a signed application for court approval. Official Form 3A and Fed.R.Bankr.P. 1006(b).

☐ **Administrative fee of $46.** If the court grants the debtor's request, this fee is payable in installments.

☐ **Voluntary Petition** (Official Form 1); **Names and addresses of all creditors** of the debtor. Must be filed WITH the petition. Fed.R.Bankr.P. 1007(a)(1).

☐ **Notice to Individual Debtor with Primarily Consumer Debts** under 11 U.S.C. § 342(b) (Director's Form 201A/B), if applicable. Required if the debtor is an individual with primarily consumer debts. The notice must be GIVEN to the debtor before the petition is filed.  Certification that the notice has been given must be FILED with the petition or within 15 days.  11 U.S.C. §§ 342(b), 521(1)(B)(iii), 1307(c)(9). Official Form 1 contains spaces for the certification.

☐ **Notice to debtor by "bankruptcy petition preparer,"** (Official Form 19).  Required if a "bankruptcy petition preparer" prepares the petition. Must be submitted WITH the petition. 11 U.S.C. § 110(b)(2).

☐ **Statement of Social Security Number** (Official Form 21).  Must be submitted WITH the petition. Fed.R.Bankr.P. 1007(f).

☐ **Individual Debtor's Statement of Compliance with Credit Counseling Requirement** (Exhibit D to Official Form 1); **Certificate of Credit Counseling and Debt Repayment Plan,** if applicable; **Section 109(h)(3) certification or § 109(h)(4) request,** if applicable.  Exhibit D must be filed WITH the petition.  If applicable, the Certificate of Credit Counseling and Debt Repayment Plan must be filed with the petition or within 14 days.  If applicable, the § 109(h)(3) certification or the § 109(h)(4) request must be filed WITH the petition. Fed.R.Bankr.P. 1007(b)(3), (c).

☐ **Statement disclosing compensation paid or to be paid to a "bankruptcy petition preparer"** (Director's Form 280).  Required if a "bankruptcy petition preparer" prepares the petition.  Must be submitted WITH the petition. 11 U.S.C. §110(h)(2).

☐ **Statement of Current Monthly Income, etc**. (Official Form 22C).  Must be filed with the petition or within 14 days.  Fed.R.Bankr.P. 1007.

☐ **Schedules of Assets and Liabilities** (Official Form 6).  Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b), (c).

☐ **Schedule of Executory Contracts and Unexpired Leases** (Schedule G of Official Form 6).  Must be filed with the petition or within 14 days.  Fed.R.Bankr.P. 1007(b), (c).

☐ **Schedules of Current Income and Expenditures** (Schedules I and J of Official Form 6).  Must be filed with the petition or within 14 days.  11 U.S.C. § 521(1) and Fed.R.Bankr.P. 1007(b), (c).

☐ **Statement of Financial Affairs** (Official Form 7).  Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b), (c).

☐ **Copies of all payment advices or other evidence of payment** received by the debtor from any employer within 60 days before the filing of the petition.  Must be filed with the petition or within 14 days. Fed.R.Bankr.P. 1007(b), (c).

☐ **Chapter 13 Plan.**  Must be filed with the petition or within 14 days.  Fed.R.Bankr.P. 3015.

☐ **Statement disclosing compensation paid or to be paid to the attorney** for the debtor (Director's Form 203), if applicable.  Must be filed within 14 days or any other date set by the court.  11 U.S.C. § 329 and Fed.R.Bankr.P. 2016(b).

☐ **Certificate of Completion of Instructional Course Concerning Financial Management** (Official Form 23).  Must be filed no later than the date of the last payment made under the plan or the date of the filing of a motion for a discharge under § 1328(b).  11 U.S.C. § 1328(g)(1) and Fed.R.Bankr.P. 1007(b)(7), (c).

☐ **Statement concerning pending proceedings of the kind described in § 522(q)(1),** if applicable. Required if the debtor has claimed exemptions under state or local law as described in §522(b)(3) in excess of $146,450.[*]  Must be filed no later than the date of the last payment made under the plan or the date of the filing of a motion for a discharge under § 1328(b).  11 U.S.C. § 1328(h) and Fed.R.Bankr.P. 1007(b)(8), (c).

_____

[*]*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re  *Flight Support International, Inc.*                       Case No.

Chapter:   **7**

_____/Debtor(s)

Attorney For Debtor:  **Richard H. Fimoff**

## LIST OF CREDITORS

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 1 | AAXICO Sales Inc.<br>8881 N.W. 13th Terrace<br>Miami, FL  33172 | Supplier | | $ 2,444.00 |
| 2 | ADT Security Systems<br>PO Box 371956<br>Pittsburgh, PA  15250 | Supplier | | Unknown |
| 3 | Advanced Aerospace Metals<br>PO Box 2507<br>Crossville, TN  38555 | Supplier | | $ 435.96 |
| 4 | Advanced Aerospace Metals<br>PO Box 2507<br>Crossville, TN  38555 | Supplier | | $ 2,091.00 |
| 5 | AED Professionals<br>348 W. Colfax<br>Palatine, IL  60067 | Supplier | | $ 5,625.00 |
| 6 | Aero Brake & Spares, Inc.<br>15444 Tradesman Drive<br>San Antonio, TX  78249 | Supplier | | $ 350.00 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 7 | Air Canada<br>PO Box 1920<br>PO Box 1920<br>Winnepeg, M.B., Canada  R3C 3R2 | Supplier | | $ 1,850.00 |
| 8 | Air France Industries<br>Orly Sud 125<br>Orly Aerogare<br>Cedex, France  F-94396 | Supplier | | $ 1,500.00 |
| 9 | Alliance Aircraft Group<br>7551 NW 52nd St.<br>Miami, FL  33166 | Supplier | | $ 3,600.00 |
| 10 | Amerex Corp<br>PO Box 81<br>Trussville, AL  35173 | Supplier | | $ 227.00 |
| 11 | American Chartered Bank<br>1199 East Higgins Road<br>Schaumburg, IL  60173 | Sec. interest in all assets | | $ 725,000.00 |
| 12 | AOG Reaction Inc.<br>526 Aviator Drive<br>Fort Worth, TX  76179 | Supplier | | $ 140.00 |
| 13 | AT&T<br>PO Box 6463<br>Carol Stream, IL  60197 | Supplier | | $ 2,121.11 |
| 14 | Aviall<br>PO Box 619048<br>Dallas, TX  75261-4008 | Supplier | | $ 12,211.50 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 15 | Aviall Services<br>PO Box 619048<br>Dallas, TX  75261-4008 | *Supplier* | | $ 9,810.00 |
| 16 | Avio-Diepen, Inc.<br>PO Box 536941<br>Atlanta, GA  30353 | *Supplier* | | $ 6,269.45 |
| 17 | Blue Pay<br>184 Shuman Blvd.<br>#350<br>Naperville, IL  60563 | *Supplier* | | *Unknown* |
| 18 | Brite-Air<br>15500 Minnetonka Blvd.<br>Minnetonka, MN  55345 | *Supplier* | | $ 185.00 |
| 19 | Bron Tapes<br>875 W. Ellsworth Ave.<br>Denver, CO  80223 | *Supplier* | | $ 3,619.20 |
| 20 | Brown Helicopter<br>10100 Alleron Ave.<br>Pensacola, FL  32506 | *Supplier* | | $ 880.00 |
| 21 | BSA International<br>6945 Arlington Ave.<br>Lake Elsinore, CA  925303 | *Supplier* | | $ 5,096.00 |
| 22 | Cableform Inc.<br>26093 Network Place<br>Chicago, IL  60673 | *Supplier* | | $ 1,082.32 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 23 | California Peripherals<br>216 Avenida Fabricante<br>San Clemente, CA  92672 | Supplier | | $ 186.00 |
| 24 | Cascade Spares<br>1951 Cascade Falls Lane<br>Knoxville, TN  37931 | Supplier | | $ 5,200.00 |
| 25 | CCC Technologies, Inc.<br>700 Nicholas Blvd<br>Elk Grove Villag, IL  60007 | Supplier | | $ 462.00 |
| 26 | Chase<br>Cardmember Services<br>PO Box 15153<br>Wilmington, DE  19886 | Credit Card | D U | $ 1,000.00 |
| 27 | Citgo<br>PO Box 2224<br>Birmingham, AL  35246 | Credit Card debt | D U | $ 375.00 |
| 28 | ComEd<br>Bill Payment Center<br>P. O. Box 6111<br>Carol Stream, IL  60197-6111 | Supplier | | $ 187.59 |
| 29 | ComEd<br>Bill Payment Center<br>P. O. Box 6111<br>Carol Stream, IL  60197-6111 | Supplier | | $ 651.03 |
| 30 | Danils MFG Corp.<br>PO Box 593872<br>Orlando, FL  32859 | Supplier | | $ 82.40 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 31 | Dearborn National Life Ins. Co.<br>36788 Eagle Way<br>Chicago, IL  60678 | Supplier | | $ 50.35 |
| 32 | Dennen & Simons<br>9701 W. Higgens Rd.<br>Suite 150<br>Rosemont, IL  60018 | Supplier | | $ 330.00 |
| 33 | E&H Laminating & Slitting<br>Company<br>138 Grand St.<br>Paterson, NJ  07501 | Supplier | | $ 900.00 |
| 34 | Edmo Distributors Inc.<br>12830 E. Mirabeau Pky<br>Spokane, WA  99216 | Supplier | | $ 293.30 |
| 35 | Electro Insulation Corp.<br>3921 Ventura Drive<br>Arlington Height, IL  60004 | Supplier | | $ 5,740.14 |
| 36 | Federal Express<br>PO Box 94515<br>Palatine, IL  60094 | Supplier | | $ 878.57 |
| 37 | Federal Signal Corp.<br>PO Box 71234<br>Chicago, IL  60694 | Supplier | | $ 700.00 |
| 38 | Flight Director Inc.<br>PO BOx 6850007<br>Austin, TX  78768 | Supplier | | $ 500.00 |

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|---|---|---|---|
| 39 | Frank Brown & Sons Ltd.<br>87-105 Wingate Rd.<br>Luton, England   LU48QA | Supplier | | $ 1,387.20 |
| 40 | GE Aviation<br>3010 Red Hawk Dr.<br>Suite 100<br>Grand Prairie, TX  75052 | Inventory purchase | | $ 16,000.00 |
| 41 | GE Aviation Materials LP<br>3010 Red Hawk Dr.<br>Grand Prairie, TX  75052 | Supplier | | $ 8,000.00 |
| 42 | Global Parts Aero, Inc.<br>3504 Solutions Center<br>Chicago, IL  60677-2005 | Supplier | | $ 13.40 |
| 43 | Gubman N. Moore, Inc.<br>c/o Robert Chorzepa<br>PO Box 732<br>Park Ridge, IL  60068 | Supplier | | $ 1,038.65 |
| 44 | Gulfstream Aerospace Corp.<br>PO Box 730349<br>Dallas, TX  75373 | Supplier | | $ 1,454.36 |
| 45 | Hazmat Express Freight<br>1033 Fairway Drive<br>Bensenville, IL  60106 | Supplier | | $ 275.00 |
| 46 | Heritage Capital Venture I, LLC<br>9121 Kedvale Avenue<br>Skokie, IL  60076 | Lease obligations | | Unknown |

West Group, Rochester, NY

# LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|-------------------|---------|--------------|
| 47 | Hinckley & schmitt Inc.<br>PO Box 660579<br>Dallas, TX  75266 | Supplier | | $ 23.98 |
| 48 | Honeywell Int'l<br>JPM Chase Lockbox 21380<br>131 S. Dearborn, 6th Fl.<br>Chicago, IL  60603 | Supplier | | $ 12,201.00 |
| 49 | HRD Aero Systems Inc.<br>25555 Avenue Stanford<br>Valencia, CA  91355 | Supplier | | $ 1,890.00 |
| 50 | Inventory Locator Service<br>PO Box 415000<br>Lockbox 410048<br>Nashville, TN  372141 | Supplier | | $ 1,463.25 |
| 51 | IT Parts Depot<br>8441 Wayzata Blvd.<br>Minneapolis, MN  55426 | Supplier | | $ 2,750.00 |
| 52 | LIAT<br>PO Box 819<br>Attn: Shirley Josiah<br>V.C. Bird Int'l , Antingua | Supplier | | $ 1,526.00 |
| 53 | New Century Aviation Inc.<br>8471 N.W. 70th St.<br>Miami, FL  33186 | Supplier | | $ 5,950.00 |
| 54 | Nicor Gas<br>PO Box 0632<br>Aurora, IL  60507 | Supplier | | $ 246.59 |

# LIST OF CREDITORS

(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 55 | Northfield Township 3801 W. Lake Ave. Glenview, IL 60025 | Supplier | | $ 272.92 |
| 56 | OH Capital Assets, Inc. 2614 Executive Point Drive Monroe, NC 28110 | Supplier | | Unknown |
| 57 | OPTI Manufacturing Corp PO Box 559 Luquillo, PR 00773 | Supplier | | $ 750.00 |
| 58 | Orcon Corporation International 1570 Atlantic St. Union City, CA 94587 | Supplier | | $ 1,294.04 |
| 59 | Pentagon 2000 Software Inc. 15 W. 34th Street 5th Floor New York, NY 10001 | Supplier | | $ 510.00 |
| 60 | Pitney Bowes Purchase Power PO Box 856042 Louisville, KY 40285 | Supplier | | $ 91.03 |
| 61 | Preferred Aviation, Inc. 8470 N.W. 61st Street Miami, FL 33166 | Supplier | | $ 1,400.00 |
| 62 | Quill Corp. PO Box 37600 Philadelphia, PA 19101 | Supplier | | $ 182.75 |

## LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 63 | R.S. Hughes<br>307 E. North Ave.<br>Carol Stream, IL  60188 | Supplier | | $ 452.97 |
| 64 | Rasakti Inc.<br>148 Sylvester St.<br>St. Germain, Canada   JOC 1ko | Supplier | | $ 3,632.16 |
| 65 | Reid Sales Company<br>468 Lake Drive 9<br>Lexington, NC   27292 | Supplier | | $ 231.91 |
| 66 | Robert and Christine Nicolazzi<br>1207 Sheffield Lane<br>Glenview, IL   60025 | loan to corp.<br>Loans throughout last 11 years to corporation | | $ 750,000.00 |
| 67 | Rose Pest Solutions<br>414 Frontage Rd.<br>Winnetka, IL   60093 | Supplier | | $ 71.00 |
| 68 | Sentry Aerospace Corp.<br>708 Ginesi Drive<br>Morganville, NJ   07751 | Supplier | | $ 6,960.00 |
| 69 | Skytower Aviation Services<br>17220 Newhope St.<br>Suite 220<br>Fountain Valley, CA   92708 | Supplier | | $ 3,400.00 |
| 70 | Snap-On Tools Int'l Inc.<br>22282 Network Place<br>Chicago, IL   60673 | Supplier | | $ 2,076.15 |

## LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|--------------------|---------|--------------|
| 71 | Souriau USA Inc.<br>PO Box7512<br>York, PA  17406 | Supplier | | $ 6,416.26 |
| 72 | Transcat, Inc.<br>35 Vantage Point Drive<br>Rochester, NY  14624 | Supplier | | $ 508.13 |
| 73 | Turbo Resources, Int'l<br>5780 West Oakland St.<br>Chandler, AZ  85226 | Supplier | | $ 1,700.00 |
| 74 | United Parcel Service<br>LockBox 577<br>Carol Stream, IL  60132 | Supplier | | $ 1,421.50 |
| 75 | UPS Freight<br>28013 Network Place<br>Chicago, IL  60673 | Supplier | | $ 570.11 |
| 76 | Volant<br>11817 Westarlane<br>Burlington, WA  98233 | Supplier | | $ 2,250.00 |
| 77 | Wiremasters<br>1788 Northpointe Rd.<br>Columbia, TN  38401 | Supplier | | $ 325.00 |
| 78 | YRC (RDWY)<br>PO Box 93151<br>Chicago, IL  60673 | Supplier | | $ 118.91 |

## LIST OF CREDITORS
(Continuation Sheet)

| # | CREDITOR | CLAIM AND SECURITY | C D S U | CLAIM AMOUNT |
|---|----------|---------------------|---------|--------------|
| 79 | *Zeus Industrial Products*<br>*PO Box 298*<br>*Raritan, NJ   08869* | *Supplier* | | $ 162.00 |
| 80 | *ZIP Chem Products*<br>*400 Jarvis Drive*<br>*Morgan Hill, CA   95037* | *Supplier* | | $ 158.16 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |